# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UPPER SAN JOAQUIN RIVER ASSOCIATION,<br><br>                    Plaintiff,<br><br>       vs.<br><br>MICHAEL JACKSON, Area Manager for South-Central California Area of the United States Bureau of Reclamation,<br><br>                    Defendant.<br>_____/ | CASE NO. CV F 08-1190 LJO GSA<br><br>**ORDER TO DENY MOTION FOR TEMPORARY RESTRAINING ORDER**<br>(Doc. 2.) |

Near 2 p.m. on August 13, 2008, this Court received plaintiff Upper San Joaquin River Association's ("Association's") papers to seek a temporary restraining order ("TRO") to prohibit the early morning August 14, 2008 construction of a grade break ("project") at Rank Island on the San Joaquin River. For the project, the U.S. Department of Interior's Bureau of Reclamation ("Bureau") plans to reconstruct a rock cobble grade break to proportion flow splits of water around Rock Island. The Bureau anticipates that the project will be completed by mid-afternoon on August 14, 2008 and will require placing 25 cubic yards of material and span bank to bank of the Bypass Channel.

An exhibit to the Association's papers indicates that Association members were notified of the proposed project around April 11, 2008, more than four months ago. The Bureau has provided this Court its April 11, 2008 letter to notify interested parties of the project and its then anticipation to perform the project "within the next several weeks."

This Court concludes that given the April 11, 2008 notice, the Association fails to justify seeking injunctive relief mere hours prior to commencement of the project. As such, issuing the Association's proposed TRO is improper. Nonetheless, this Court admonishes the Bureau that if the Association succeeds on the merits, the Bureau may need to remove the project at its expense.

On the basis of good cause, this Court DENIES the Association's motion for a temporary restraining order.

IT IS SO ORDERED.

**Dated:   August 13, 2008**                              **/s/ Lawrence J. O'Neill**
                                                         UNITED STATES DISTRICT JUDGE