IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UPPER SAN JOAQUIN RIVER ASSOCIATION,<br>　　　　　Plaintiff,<br>　vs.<br>MICHAEL JACKSON,<br>　　　　　Defendant._____/ | CASE NO. CV-F-08-1190 LJO GSA<br><br>**ORDER TO DISMISS AND CLOSE** |

On January 6, 2009, Plaintiff filed a notice of voluntary dismissal in the above-titled action. Pursuant to Fed. R. Civ. P. 41(a), this action is DISMISSED. All dates are VACATED. The clerk is directed to CLOSE to action.

IT IS SO ORDERED.

**Dated:   January 7, 2009**　　　　　　　　　　/s/ Lawrence J. O'Neill
　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

1